UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WORNICK COMPANY, | (Electronically Filed) |
| Plaintiff, | 1:11-cv-03008 (FB)(CLP) |
| - against - | |
| TRANS-PACKERS SERVICES CORPORATION, | **STIPULATION AND ORDER** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Anderson Kill & Olick, P.C., attorneys for plaintiff, and Lebensfeld Borker Sussman & Sharon LLP, attorneys for defendant, as follows:

1.      The time for defendant to answer, or move in respect of, the complaint, subject to the approval of the Court, is extended from July 14, 2011 to **August 11, 2011.**

2.      This Stipulation may be executed in counterparts or by facsimile or by electronic transmission (email). Faxed signatures on this Stipulation and signatures transmitted by email are considered as originals.

3.      No previous application for the requested relief has been made.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Dated: Mount Vernon, New York
      July 12, 2011

**ANDERSON KILL & OLICK, P.C.**

Attorneys for Plaintiff The Wornick Company

By: _____

   Steven J. Pudell (SP-0127)
   Carrie L. Maylor (CM-1213)
One Gateway Center, Suite 1510
Newark, NJ 07102
Tel: (973) 642-5858
Email: spudell@andersonkill.com
      cdicanio@andersonkill.com

**LEBENSFELD BORKER SUSSMAN & SHARON LLP**

Attorneys for Defendant Trans-Packers Services Corp.

By: _____

   Stephen Sussman (S-1072)
31 South Street, Suite 2S
Mount Vernon, NY 10550
Tel: (212) 594-2030
Email: steve.sussman@lbands.com

SO ORDERED:

_____

Frederic Block, Senior U.S.D.J.

CHERYL POLLAK
      USMJ

Dated: July 13, 2011

2