**LEBENSFELD BORKER SUSSMAN & SHARON LLP**
ATTORNEYS AT LAW
31 SOUTH STREET, SUITE 2S
MOUNT VERNON, NEW YORK 10550
(212) 594-2030
FAX NO. (212) 594-6875

STEPHEN SUSSMAN
steve.sussman@lbands.com

NEW JERSEY OFFICE
140 BROAD STREET
RED BANK, NJ 07701
(732) 530-4600
FAX NO. (732) 530-4334

November 3, 2011

**By Facsimile (718-613-2365) and Electronic Filing**

Hon. Cheryl L. Pollack
United States Magistrate Judge
Chambers Room 1230
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>The Wornick Company v. Trans-Packers Services Corp.
               Index No. 1:11-cv-03008(FB)(CLP)</u>

Dear Judge Pollack:

      I represent Trans-Packers Services Corp., defendant in the above-captioned action. I write with the consent of counsel for defendant to request an adjournment of the initial conference scheduled for November 9, 2011.

      At the time the conference was scheduled, I had pre-existing plans to host an all-day business meeting to be attended by multiple individuals, including two who had scheduled flights to New York (from Dallas). Following discussion with the attorney for plaintiff, we would be available to attend an adjourned initial conference on any one of the following November dates: 17, 22 and 29-30. This is the first request made by defendant for an adjournment, and I would be most appreciative if Your Honor would act favorably on this request.

      Thank you.

                                              Respectfully,

                                              Stephen Sussman

cc:    Steven J. Pudell, Esq.
        Anna M. Piazza, Esq.
        Gregory A. Harrison, Esq.