# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
apiazza@andersonkill.com
(212) 278-1307

*By eFile and Facsimile*

September 11, 2012

Hon. Cheryl L. Pollak, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
(Fax) 718-613-2365

Re: The Wornick Company v. Trans-Packers Services Corp.
1:11-cv-03008 (FB)(CLP)

Dear Judge Pollak:

We represent Plaintiff, The Wornick Company ("Wornick"), in the above-referenced litigation. Wornick and the Defendant, Trans-Packers, jointly request an adjournment until mid-October of the conference scheduled for Thursday, September 13 at 3:30 p.m. The parties are still awaiting a decision in a related case pending in New York Supreme Court, which likely will inform the progress of this matter. The parties have a status conference in that case on October 4 and hope to have a decision at or about such time.

Respectfully submitted,

*Anna M. Piazza*

Anna M. Piazza

cc: Stephen Sussman (via eFile and email)
Gregory A. Harrison (via email)
Steven J. Pudell (via email)

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

nydocs1-994949.1