# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
apiazza@andersonkill.com
(212) 278-1307

*By eFile and Facsimile*                                              December 18, 2012

Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
(Fax) 718-613-2365

      Re: The Wornick Company v. Trans-Packers Services Corp.
           1:11-cv-03008 (FB)(CLP)

Dear Judge Pollak:

    We represent Plaintiff, The Wornick Company ("Wornick"), in the above-referenced litigation. On December 13, 2012, Justice Madden held a conference call in Am. Zurich v. Trans-Packers Services Corp., et al., the New York court litigation concerning the same incident giving rise to the litigation before Your Honor. Justice Madden stated that she hoped to render a decision on the summary judgment motions soon.

    As Your Honor is aware, a conference in this matter is scheduled for tomorrow at 11:00 a.m. We have conferred with counsel for Trans-Packers Services Corp. and we jointly and respectfully request that the Court postpone this conference one more time for a date in early February.

                                Respectfully submitted,

                                  *Anna M. Piazza*

                                Anna M. Piazza

cc:   Stephen Sussman (via eFile and email)
       Gregory A. Harrison (via email)
       Steven J. Pudell (via email)