# ANDERSON KILL & OLICK, P.C.

**Attorneys and Counselors at Law**

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
aplazza@andersonkill.com
(212) 278-1307

*By eFile and Facsimile*                                             May 20, 2013

Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201
(Fax) 718-613-2365

           Re:     <u>The Wornick Company v. Trans-Packers Services Corp.</u>
                 1:11-cv-03008 (FB)(CLP)

Dear Judge Pollak:

       We represent The Wornick Company ("Wornick") in the above-referenced matter.  In connection with the upcoming settlement conference on May 23, 2013, Wornick requests permission for Wornick's Chief Financial Officer, Dustin McDulin, to be available by phone rather than attend the conference in person.  Mr. McDulin works in Cincinnati, Ohio, and therefore, would like to avoid the travel if possible.

                       Respectfully submitted,

*Anna M. Piazza*

                       Anna M. Piazza

cc:    Stephen Sussman, Esq. (via eFile and email)
       Gregory A. Harrison, Esq. (via email)
       Steven J. Pudell, Esq. (via email)
       Lorraine M. Armenti, Esq. (via email)
       Robert DelGrosso, Esq. (via email)
       Dan Morrison, Esq. (via email)
       Christopher O'Leary, Esq. (via email)

*So Ordered*
/s/ Cheryl L. Pollak
    USMJ
    5/21/13

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC
nydocs1-1010086.1