US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 10/15/13

TIME SPENT: _____

DOCKET NO. 11 CV 3008

CASE: Wornich v TransPackers

___ INITIAL CONFERENCE            ✓ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE           ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ___ TELEPHONE CONFERENCE
___ MOTION HEARING                ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED                     ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

RULINGS: By 10/29 all parties are to provide Franklin Farms with previously exchanged discovery
By 10/29 Franklin Farms to provide initial disclosures
By 11/15 parties to exchange discovery requests w/ Franklin Farm
Responses 12/20
Conference 1/7 at 1030