US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: _1/7/14_

TIME SPENT: _____

DOCKET NO. _11 CV 3008_ _____

CASE: _Wornich v Trans Packer_ _____

| | |
|---|---|
| _____ INITIAL CONFERENCE | ✓ OTHER/STATUS CONFERENCE |
| _____ DISCOVERY CONFERENCE | _____ FINAL/PRETRIAL CONFERENCE |
| _____ SETTLEMENT CONFERENCE | _____ TELEPHONE CONFERENCE |
| _____ MOTION HEARING | _____ ORAL ARGUMENT |

**MANDATORY DISCLOSURE :**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

**RULINGS:** _Trans Packer to provide discovery responses
by 1/17
Wornich's Interrog responses due 1/17
Franklin Farms letter re place of deposit—
due 1/17; response 1/31
Depositions to proceed
Conference 3/5 at 10:30_