# ANDERSON KILL, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
apiazza@andersonkill.com
(212) 278-1307

By eFile

January 29, 2014

Honorable Cheryl L. Pollak, U.S.M.J.
U.S. Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Trans-Packers Services Corp. v. Franklin Farms East, Inc.*
              Civil Action No.: 1:11-cv-3008(FB)(CLP)

Dear Magistrate Judge Pollak:

      This firm represents Plaintiff, The Wornick Company ("Wornick"). We are in receipt of Franklin Farms East, Inc.'s January 15, 2014 correspondence addressed to your Honor, which discusses the location for the deposition of Dustin McDulin, Chief Financial Officer of Wornick.

      After further discussions with our client, and in the interest of cooperation, Mr. McDulin will travel to the greater New York area to be deposed at a mutually convenient date and time.

Respectfully,

*Anna M. Piazza* (jms)

Anna M. Piazza

AMP/jms

Cc:    Eric G. Siegel, Esq. (esiegel@mdmc-law.com)
        Evan Michailidis (emichailidis@duanemorris.com)
        John T. Sullivan, Esq. (jsullivan@mdmc-law.com)
        Michael J. Marone, Esq. (mmarone@mdmc-law.com)
        Robert G. Del Grosso, Esq. (rgdesq@yahoo.com)
        Stephen Sussman, Esq. (ssussman@duanemorris.com)
        Steven J. Pudell, Esq. (spudell@andersonkill.com)