NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

FIRM and AFFILIATE OFFICES

STEPHEN SUSSMAN
PARTNER
DIRECT DIAL: 212-692-1084
E-MAIL: ssussman@duanemoris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

January 30, 2014

VIA E-MAIL

Michael J. Marrone, Esq.  
John T. Sullivan, Esq.  
McElroy Deutsch Mulvaney & Carpenter, LLP  
1300 Mount Kemble Avenue  
P.O. Box 2075  
Morristown, NJ 07962

Robert DelGrosso, Esq.  
114 Old Country Road, Suite 616  
Mineola, NY 11501

Steven J. Pudell, Esq.  
Anna M. Piazza, Esq.  
Anderson Kill & Olick, P.C.  
One Gateway Center, Suite 1510  
Newark, NJ 07102

Re: **The Wornick Company v. Trans-Packers Services Corp. v. Franklin Farms East, Inc., 11-CV-03008 (FB)(CLP)**

Dear Counsel:

As you are aware, we represent Trans-Packers Services Corp. ("Trans-Packers") in the above-referenced matter. Attached is Trans-Packers' Motion Seeking Leave to File an Amended Third-Party Complaint, with supporting Declaration of Stephen Sussman, Esq. and Memorandum of Law, in the above-referenced matter.

Sincerely,

DUANE MORRIS LLP

*/s/ Stephen Sussman*

Stephen Sussman

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000    FAX: +1 212 692 1020

DuaneMorris

Michael J. Marrone, Esq.
Robert DelGrosso, Esq.
Steven J. Pudell, Esq.
Anna M. Piazza, Esq.
January 30, 2014
Page 2

SS/ap

Enclosures

cc: Susan V. Metcalfe, Esq.
 Evangelos Michailidis, Esq.