US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 3/5/14

TIME SPENT: _____

DOCKET NO. _____ 11 CV 3008

CASE: _____ Wornick v TransPackers

- ✓ INITIAL CONFERENCE
- ✓ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED          ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Transpackers and Franklin Farms are to confer on draft expert report and resolve production of underlying docs. Franklin Farms is Ordered to respond to Transpackers late requests by 4/4. Wornick depositions to proceed. Conference 6/18 at 2:00