McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, NY 10005
(212) 483-9490
*Attorneys for Third-Party Defendant,*
*Franklin Farms East, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
THE WORNICK COMPANY,

        Plaintiff,

v.

TRANS-PACKERS SERVICE CORPORATION,

        Defendant
-----------------------------------------------------------x
TRANS-PACKERS SERVICES CORP.,

        Third-Party Plaintiff,

v.

FRANKLIN FARMS EAST, INC.,

        Third-Party Defendant,
-----------------------------------------------------------x

Civil Action No. 1:11-cv-03008(FB)(CLP)

## STIPULATION EXTENDING TIME TO ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys as follows:

1. The time for Third-Party Defendant, Franklin Farms East, Inc., to answer or move with respect to the Amended Third-Party Complaint is hereby extended to and including April 29, 2014.

2. Facsimile signatures or electronically transmitted signatures upon this Stipulation shall be of the same force and effect as original signatures.

Dated: April 24, 2014

| | |
|---|---|
| **DUANE MORRIS, LLP**<br>*Attorneys for Defendant/Third-Party Plaintiff,*<br>*Trans-Packers Services Corp.*<br>1540 Broadway<br>New York, NY 10036-4086<br>Tel: (212) 692-1000<br>Fax: (212) 692-1020<br>ssussman@duanemorris.com<br><br>By: STEPHEN SUSSMAN | **McELROY, DEUTSCH, MULVANEY &**<br>**CARPENTER, LLP**<br>*Attorneys for Third-Party Defendant,*<br>*Franklin Farms East, Inc.*<br>Wall Street Plaza<br>88 Pine St., 24th Floor<br>New York, New York 10005<br>Tel: (973) 993-8100<br>Fax: (973) 425-0161<br>jsullivan@mdmc-law.com<br><br>/s/ John T. Sullivan<br>By:   John T. Sullivan |

SO ORDERED.

/s/ CHERYL L. POLLAK      4/25/14
United States Magistrate Judge