US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 6/18/14

TIME SPENT: _____

DOCKET NO. 11 CV 3008

CASE: Wornick v Trans-Packer

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE       ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                   ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:** Transpacker response to outstanding F.F. discovery due June 30. Transpacker to submit requests for additional documents to F.F. and Wornick within 7 days; responses due within 3 weeks thereafter. Depositions to be completed by 8/30. Expert discovery to be completed by 9/30. Conference 9/3 at 11:30.