UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WORNICK COMPANY,<br><br>                Plaintiff,<br>v.<br><br>TRANS-PACKERS SERVICES CORPORATION,<br><br>                Defendant.<br><br>TRANS-PACKERS SERVICES CORPORATION,<br><br>                Third-Party Plaintiff,<br>v.<br><br>FRANKLIN FARMS EAST, INC.,<br><br>                Third-Party Defendant. | Civil Action No.: 1:11-cv-3008 (FB) (CLP)<br><br><br><br><br><br>ADMISSION TO PRACTICE<br>PRO HAC VICE |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Peter A. Gaudioso, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Third-Party Defendant, Franklin Farms East, Inc.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

/s/ Cheryl Pollak

Dated: 8/20/14

Hon. CHERYL POLLAK

cc: Peter A. Gaudioso, Esq.
All Counsel of Record
Court File